# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **KEISHA CHEESEMAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action Number |
| **v.** ) | **5:22-cv-00222-AKK** |
| ) | |
| **TELEPERFORMANCE BUSINESS** ) | |
| **SERVICES US, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## **ORDER**

This case involves various employment claims, including under the Fair Labor Standards Act ("FLSA"), brought by Keisha Cheeseman against Teleperformance Business Services US, LLC.  Doc. 1. The parties have reached an agreement to resolve all claims in this case and seek court approval of the FLSA settlement and an order of dismissal with prejudice. Doc. 17.  The parties have exchanged a settlement agreement and have advised the court as to the terms of the agreement. The parties have jointly requested that this court approve the settlement and enter a stipulated agreement. *Id.*

Following an examination of the pleadings and terms of the settlement agreement, this court finds that a bona fide dispute of both law and fact is involved in this litigation, including, but not limited to, issues of liability, and the amount of

overtime compensation due, if any. Having reviewed the terms of the settlement agreed upon by the parties, this court finds that the settlement terms proposed by the parties are fair and equitable to all involved and that their agreement is a fair and reasonable resolution of this bona fide dispute. Therefore, the court approves the settlement, and the parties' joint motion for approval, doc. 17, is **GRANTED**. The parties are hereby ordered to finalize the settlement through the exchange of consideration. Based upon this resolution by the parties, all claims Cheeseman has or may have arising out of or relating to this lawsuit, including, but not limited to any claims under the FLSA for wages, overtime, liquidated damages, attorney's fees, costs, expenses or other relief, award, or damages are hereby resolved and **DISMISSED WITH PREJUDICE**.

The clerk of court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** the 22nd day of July, 2022.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE